ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV. 7103**

------------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

                              Plaintiffs,                Index **BRIEANT**

                                                          RULE 7.1

        -against-

J.N.J. ARCHITECTURAL METAL & GLASS, LLC,

                              Defendant.
------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

      None

Dated: August 6, 2007

                                                          Dana L. Henke
                                                         Dana L. Henke, Esq. (DLH3025)