# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV7103　　　　　　　　　　　　　　　　　　　　　Purchased/Filed: August 9, 2007

STATE OF NEW YORK　　UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT

---

Trustees of the District Council of Painting Industry Insurance and Annuity Funds　　　　Plaintiff

against

J.N.J. Architectural Metal & Glass, LLC　　　　Defendant

---

STATE OF NEW YORK　　　SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __August 17, 2007__, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

_____J.N.J. Architectural Metal & Glass, LLC_____, the Defendant in this action, by delivering to and leaving with __Amy Lesch__ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __23__　Approx. Wt: __160__　Approx. Ht: __5'7"__
Color of skin: __White__　Hair color: __Blonde__　Sex: __F__　Other: _____

Sworn to before me on this
22nd day of August, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jessica Miller

NOTARY PUBLIC, State of New York

Invoice-Work Order # SP0705