UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,       )   Index No.: 07-CIV-7103 (CLB)
                                            )
                         Plaintiffs,        )   REQUEST FOR ENTRY OF
                                            )   DEFAULT JUDGMENT
        -against-                           )
                                            )
J.N.J. ARCHITECTURAL METAL & GLASS, LLC,    )
                                            )
                         Defendant.         )

---

TO:     Clerk of the United States District Court for the
        Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, J.N.J. Architectural Metal & Glass, LLC failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant, J.N.J. Architectural Metal & Glass, LLC for an Order for an audit and any amounts found due pursuant to the audit which shall include interest, liquidated damages, auditors' fees, attorneys' fees and court costs and in the sum of $2,930.00 which includes attorneys' fees and court costs and disbursements for bringing this action.

Dated:  Elmsford, New York
        September 17, 2007

                                    Dana L. Henke (DLH3025)
                                    BARNES, IACCARINO, VIRGINIA,
                                    AMBINDER & SHEPHERD, PLLC
                                    Attorneys for Plaintiff
                                    258 Saw Mill River
                                    Elmsford, New York 10523
                                    (914) 592-1515