Case 7:07-cv-07103-CLB    Document 6    Filed 09/19/2007    Page 1 of 2



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS, )  Index No.: 07-CIV-7103 (CLB)
                                                                          )
                              Plaintiffs, )  DEFAULT JUDGMENT
                                                                  )
                -against- )
                                                                    )  07,0253 WP
J.N.J. ARCHITECTURAL METAL & GLASS, LLC, )
                                                                  )
                                                    Defendant. )

------------------------------------------------------------

      This action having been commenced on August 9, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, J.N.J. Architectural Metal & Glass, LLC on August 17, 2007 via Secretary State and said Proof of Service having been filed with the Clerk of the Court on August 30, 2007 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

      ORDERED, ADJUDGED AND DECREED: that the defendant permit and cooperate with an audit at the defendant's place of business and provide the following documents: payroll reports and journals, business income tax returns, general ledger and journal, books of original entry, subsidiary ledgers, payroll records, bank statements and cancelled checks, 1120 or 120's federal tax returns, W-2 and W-3 forms, 940, 941, WT4-A and WT4-B forms, 1099 forms, New York State Employment report, insurance reports, disability insurance reports, workers compensation report forms and remittance reports for the period January 1, 2005 through March 31, 2007 and directing that judgment be entered thereon for the amount stated in the audit report including interest, liquidated damages, auditor fees, attorneys' fees and court costs and expenses;

FURTHER ORDERED, that the plaintiff have judgment against defendant in the liquidated amount of Two Thousand Nine Hundred and Thirty Dollars ($2,930.00) which includes attorneys' fees in the sum of $2,500.00, plus court costs and disbursements of this action in the sum of $430.00 for bringing this action to enforce an audit.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiff's be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
September 19, 2007

So Ordered:

_____
Honorable Charles L. Brieant, U.S.D.J.