UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY )
INSURANCE AND ANNUITY FUNDS, )
)
)  Index # 07-CIV-7103 (CLB)
Plaintiffs, )
)  07,0253 wp
)
)  SATISFACTION
-against- )  OF JUDGMENT
)
)
J.N.J. ARCHITECTURAL METAL & GLASS, LLC, )
)
Defendant. )
)
)

---

*[Margin note, handwritten:] SATISFIED AND ENTERED INTO Mc Mahon by Jauaine Jomby Deputy Clerk*

*[Margin note, handwritten:] JUDGMENT MARKED SATISFIED by Michael J. Money Judgment book.*

*[Margin note, handwritten:] 3-3-08*

WHEREAS, a default judgment was entered in the above entitled action on September 19, 2007 in the United States District Court, Southern District of New York in favor of TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS and against J.N.J. ARCHITECTURAL METAL & GLASS, LLC in the amount of $2,930.00, which Judgment was docketed on September 19, 2007 in the office of the Clerk, United States District Court, Southern District of New York,

AND, said full satisfaction of judgment is hereby acknowledged for the judgment debtor, J.N.J. ARCHITECTURAL METAL & GLASS, LLC,

AND it is certified that there are no outstanding executions with any Sheriff or Marshall within this State in connection with this action against judgment debtor.

THEREFORE, full satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of full satisfaction for the judgment debtors on the docket of said judgment.

Dated: February 28, 2008

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

_____
DANA L. HENKE, ESQ.
Attorneys for Judgment Creditor
258 Saw Mill River Road
Elmsford, New York 10523
(914)592-1515

Sworn to before me this
28th day of February, 2008

_____
Notary Public